# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEO DAVID HANSON,<br><br>                              Plaintiff,<br>     v.<br>PAULI, et. al.,<br><br>                            Defendants. | 3:13-cv-00397-MMD-WGC<br><br>**ORDER** |

Defendants have filed a Motion to Submit Medical Records in Camera in support of their motion for summary judgment. (Doc. # 21.)

Upon reviewing the motion it appears that Defendants actually seek to submit medical records in support of their motion for summary judgment *under seal* and not *in camera*. Local Rule 10-5 governs in camera and under seal submissions. Papers submitted for *in camera* review are **not** filed with the court, and thus are generally not viewed by other parties. Documents submitted under seal, on the other hand, are filed with the court but are sealed from public view. Defendants indicate that they intend for Plaintiff to be able to view the medical records that support their dispositive motion. Therefore, Defendants' motion to submit medical records in camera (Doc. # 21) is **DENIED**.

///
///
///
///
///
///
///

1. Defendants are instructed to file a properly supported motion for leave to file the documents under seal. Defendants are reminded that a motion to file documents accompanying a dispositive motion under seal must identify "compelling reasons" to overcome the presumption in favor of public access. *See Oliner v. Kontrabecki*, --- F.3d---, 2014 WL 1088254, at * 1 (9th Cir. Mar. 20, 2014) (citation omitted); *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

**IT IS SO ORDERED**.

DATED: April 24, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE