UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LEO DAVID HANSON, | ) | 3:13-cv-00397-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 16, 2014 |
| PAULI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion for "status check." (Doc. # 63.)  Defendants have responded. (Doc. # 64.)  Defendants have correctly advised Plaintiff in their response that no trial date has yet been set. Defendants also correctly informed Plaintiff that the court's previous order directed the parties to file a joint pre-trial order following its ruling on all motions for summary judgment.  (*Id*. at 2.)  In that regard, the court notes the pendency of Defendant Starling's motion for summary judgment. (Doc. # 50.) Plaintiff is reminded that his response to this motion is due on November 17, 2014. Therefore a joint pretrial order will not be due until after entry of a decision on Defendant Starling's motion.

Although typically the court will not provide docket sheets without expense to the litigant, in this instance, Plaintiff's request (Doc. # 63) shall be **GRANTED** on a one-time basis.  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the plaintiff.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk