UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEO DAVID HANSON,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>PAULI, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:13-cv-00397-MMD-WGC<br><br>ORDER |

It is ordered that the parties schedule a settlement conference with the Magistrate Judge. The deadline for filing the joint pretrial order will be extended to thirty (30) days after the settlement conference, assuming settlement is not effectuated.

DATED THIS 11th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE